UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA,                          :
                                                                        :
                                                                        :
                                                                        :
                       -v-                                          :          1:22-mj-7331-GHW
                                                                        :
                                                                        :
JALAHNI REDDICK,                                       :                      ORDER
                                              Defendant. :
------------------------------------------------------------ :
                                                                        X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   12/12/2022

GREGORY H. WOODS, United States District Judge:

        A proceeding is scheduled in this matter on December 13, 2022 at 10:00 a.m. in Courtroom

12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York

10007.

        SO ORDERED.

Dated:  December 12, 2022
        New York, New York

                                                        _____
                                                        GREGORY N. WOODS
                                                        United States District Judge